IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

99 AUG 18 PM 4: 31

TX EASTERN-BEAUMONT

BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. 9:99-CR-21 (3) |
| | * | |
| JAMES DAVID CARROLL | * | |
| STUART KEVIN MYERS | * | |
| DAVID SHANE ADKINSON | * | |
| CHRISTOPHER PRICE | * | |
| TOMMY GLENN PRICE | * | |
| MICHAEL HOWARD | * | |
| KEVIN HOLT | * | |
| BOBBY REDMON | * | |
| MICHAEL STAHL | * | |
| TARA BLUE | * | |
| RONNIE JURNEY | * | |
| TROY DELBERT SHOFNER | * | |

## FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT I

From on or about some time in 1997 and continuing thereafter up to and including the summer of 1999, in the Eastern District of Texas and elsewhere, JAMES DAVID CARROLL, STUART KEVIN MYERS, DAVID SHANE ADKINSON, CHRISTOPHER PRICE, TOMMY GLENN PRICE, MICHAEL HOWARD, KEVIN HOLT, BOBBY REDMON, MICHAEL STAHL, TARA BLUE, RONNIE JURNEY, and TROY DELBERT SHOFNER, as well as others known and unknown to the Grand Jury, did knowingly and intentionally conspire, combine, confederate and agree together, with each other, and with other persons to knowingly and intentionally manufacture, distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule

II controlled substance.

1. It was part of the conspiracy that the various co-conspirators would utilize locations in and around Center, Huxley, Carthage, Joaquin, and Logansport for the purpose of manufacturing, distributing and using methamphetamine throughout East Texas and Western Louisiana.

2. It was further a part of the conspiracy that the various co-conspirators would obtain the necessary precursor chemicals and substances such as antihistamine tablets (containing ephedrine and pseudoephedrine) from various sources including Wal Mart. The co-conspirators also arranged for the purchase of large quantities of John Deere starting fluid (ether). In addition, some of the co-conspirators would purchase or steal other necessary items used in the manufacture of methamphetamine such as camera batteries (lithium) and anhydrous ammonia.

## COUNT II

On or about June 1, 1999, in the Eastern District of Texas, JAMES DAVID CARROLL and TOMMY GLENN PRICE, Defendants herein, knowingly and intentionally used a communication facility, to wit: a telephone, to facilitate the commission of a felony, that is, the distribution of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL

_[signature]_
GRAND JURY FOREMAN

MIKE BRADFORD
UNITED STATES ATTORNEY

_[signature]_
JOHN M. BALES
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 9:99-CR-21 |
| JAMES DAVID CARROLL<br>STUART KEVIN MYERS<br>DAVID SHANE ATKINSON<br>CHRISTOPHER PRICE<br>TOMMY GLENN PRICE<br>MICHAEL HOWARD<br>KEVIN HOLT<br>BOBBY REDMON<br>TARA BLUE<br>RONNIE JURNEY<br>TROY DELBERT SHOFNER | : |

## NOTICE OF PENALTY

### COUNT I

**Violation:** 21 U.S.C. § 846

**Penalty:** If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers or 50 grams of methamphetamine (pure), imprisonment for not less than ten (10) years and not more than life; a fine of not more than $4,000,000.00 or both and a term of supervised release of at least 5 years.

If 5 grams or more of methamphetamine or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, imprisonment for not less than five (5) years and not more than forty (40) years; a fine of $2,000,000.00 or both and a

term of supervised release of at least four (4) years.

If less than 5 grams of methamphetamine or less than 50 grams or more of a substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; imprisonment for not more than twenty (20) years; a fine of not more than $1,000,000.00 or both and a term of supervised release of at least three (3) years.

Special Assessment:     $100.00

## COUNT II

Violation:     21 U.S.C. § 843(b)

Penalty:     A term of imprisonment of not more than four (4) years, a fine of not more than $250,000.00 may be imposed, or both. A term of supervised release for one (1) year.

Special Assessment:     $100.00